UNITED STATES of America, Appellee

v.

Samuel Santander LOPESIERRA–GUTIERREZ, a/k/a Santa, a/k/a Marcus, a/k/a El Gordo, a/k/a Maguiver, a/k/a Marlboro Man, Appellant.

No. 06–3016.

United States Court of Appeals, District of Columbia Circuit.

March 16, 2006.

Robert Allen Feitel, Teresa A. Wallbaum, U.S. Department of Justice, Washington, DC, for Appellee.

David S. Zapp, Law Office of David Zapp, New York, NY, Howard Ray Cheris, Law Office of Howard R. Cheris, Gaithersburg, MD, for Appellant.

Before RANDOLPH, TATEL, and BROWN, Circuit Judges.

## *JUDGMENT*

PER CURIAM

This appeal was considered on the record from the United States District Court for the District of Columbia and on the memoranda filed by the parties. The court has determined that the issues presented occasion no need for an opinion. *See* Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

**ORDERED AND ADJUDGED** that the district court's minute order filed January 18, 2006, be affirmed. Appellant has not shown that the length of his confinement to date gives rise to a due process violation. Appellant does not contend that the government is responsible for any pretrial delay, nor does he challenge the district court's findings that he poses a high flight risk and a danger to the community. Given these circumstances, in addition to the fact that appellant's trial is scheduled to begin next month, such detention does not violate due process. *See, e.g., United States v. El–Gabrowny,* 35 F.3d 63, 65 (2d Cir.1994); *United States v. Millan,* 4 F.3d 1038, 1044–49 (2d Cir.1993). If the trial is substantially delayed, however, appellant may renew his motion in the district court.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.